HARRY KERSHNAR et al., Co-Partners under the Firm Name of KERSHNAR BROS. LIVE POULTRY MARKET, Respondents, *v.* MAX HELLER, as President of Chicken Drivers, Chauffeurs and Helpers Union, Local No. 167, Appellant.

Submitted July 23, 1940; decided July 24, 1940.

*Leon Herzfeld* and *Jacob W. Friedman* for motion.

*Milton Hertz, Charles Wilson* and *Eugene Frederick Roth* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.

In the Matter of the Will of BANNED FRIEND, Deceased.

DOUGLASS NEWMAN et al., as Committee of ANNIE RATKOWSKY, an Incompetent Person, Appellants; ISIDOR FRIEND, as Trustee under the Will of BANNED FRIEND, Deceased, et al., Respondents.

Submitted July 23, 1940; decided July 24, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 200.)